UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>KOELZER FARMS L.L.C.<br><br>            Debtor. | NO. CV-06-5004-LRS<br><br>ORDER TO DISMISS<br>WITHOUT PREJUDICE |

On March 10, 2010, the Court ordered counsel to show cause in writing within 10 calendar days as to why this case should not be closed (Ct. Rec. 15) for lack of activity. Counsel have not shown cause or otherwise responded. Accordingly,

IT IS **ORDERED** that the above-titled case be **DISMISSED** without prejudice and the file **CLOSED**.

The District Court Executive is directed to file this Order, provide copies to counsel of record, and **CLOSE** the file.

DATED this 30th day of March, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF U. S. DISTRICT COURT JUDGE

ORDER TO DISMISS WITHOUT PREJUDICE ~ 1